**In re: Johnny Lee GORE, Petitioner.**

No. 04–6114.

United States Court of Appeals,
Fourth Circuit.

Submitted May 17, 2004.

Decided June 3, 2004.

Johnny Lee Gore, Petitioner pro se.

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

Petition dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Johnny Lee Gore filed a petition for writ of mandamus alleging undue delay in the district court. Gore filed a 28 U.S.C. § 2255 (2000) motion on June 13, 2002. The district court ruled on the motion on

February 25, 2004, after Gore filed the mandamus petition. Accordingly, the mandamus petition is now moot. Therefore, although we grant Gore's motion to proceed in forma pauperis, we dismiss the petition for mandamus relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DISMISSED*